UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

RICKIE K. SMITH, on behalf of himself
and all others similarly situated,

                Plaintiff,

        v.

ROCKWELL AUTOMATION, INC., THE        Case No. 2:19-CV-00505
ROCKWELL AUTOMATION
EMPLOYEE BENEFITS PLAN
COMMITTEE and JOHN/JANE
DOES 1-20,

                Defendants.

## ORDER EXTENDING THE TIME FOR DEFENDANTS TO RESPOND TO THE COMPLAINT, AND BRIEFING SCHEDULE

Based upon the parties' stipulation,

IT IS ORDERED that the time for defendants to answer or otherwise respond to the Complaint is extended to June 28, 2019.

IT IS FURTHER ORDERED that, if defendants file a motion to dismiss in lieu of answering the Complaint,

- Plaintiff's response to the motion will be due August 2, 2019, and
- Defendants' final reply will be due August 23, 2019.

Dated this 13th day of May, 2019.

                                    BY THE COURT:
                                    s/Lynn Adelman
                                    The Honorable Lynn Adelman