# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | |
|---|---|
| Rickie K. Smith, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 2:19-cv-00505 |
| Rockwell Automation, Inc., et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Rickie K. Smith

Date: 02/11/2020

*/s/ Alexandra Serber*
*Attorney's signature*

Alexandra Serber (MO Bar No. 70184)
*Printed name and bar number*
Bailey and Glasser LLP
1055 Thomas Jefferson Street, NW
Suite 540
Washington, DC 20010
*Address*

aserber@baileyglasser.com
*E-mail address*

(202) 463-2101
*Telephone number*

(202) 463-2103
*FAX number*